**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MIKHAIL KOUTASSEVITCH,

Petitioner,

vs. No. 1:26-cv-00927-WJ-DLM

WARDEN of Cibola County Correctional Facility; MARY DE ANDA-YBARRA, Field Office Director, Enforcement and Removal Operations, El Paso Field Office; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and PAMELA JO BONDI, United States Attorney General,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice** and this case is **CLOSED**.

_/s/_______________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE